UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JAMIE H. BASSEL DC PC d/b/a NEW YORK CITY :
CHIROPRACTIC, :
: 20-CV-9019 (JMF)
Plaintiff, :
: ORDER
-v- :
:
AETNA HEALTH INSURANCE COMPANY OF NEW :
YORK, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* ECF No. 39, Defendants' earlier motion to dismiss filed at ECF No. 34 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 10, 2021**. Defendants' reply, if any, is due by **June 17, 2021**.

    The Clerk of Court is directed to terminate ECF No. 34.

    SO ORDERED.

Dated: May 28, 2021
       New York, New York
                                             JESSE M. FURMAN
                                           United States District Judge