UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE H. BASSEL DC PC d/b/a NEW YORK CHIROPRACTIC & JAMIE BASSEL, D.C., P.C., <br><br>Plaintiffs, <br><br>v. <br><br>AETNA HEALTH INSURANCE COMPANY OF NEW YORK, et al. <br><br>Defendants. | Case No. 20-CV-9019 (JMF) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jamie H. Bassel DC d/b/a New York City Chiropractic & Jamie Bassel, D.C., P.C., and defendants Aetna Health Insurance Company of New York; AllianceBernstein L.P.; Radius Health Inc.; Johnson and Johnson; State of New Jersey Health Benefits; Sovereign USA Inc.; LuluLemon USA Inc.; CitiGroup; KPMG; TKEDA Pharmaceuticals U.S.A.; The Blackstone Group; Fashion Institute of Technology; Trinet Group, Inc.; Market Resources Partners; WPP Group Inc.; Rent the Runway; GlaxoSmithKline LLC; MTA New York Transit, and Deutsche Bank, through their undersigned counsel hereby jointly stipulate to dismissal of this action, with prejudice; in accordance with Rule 41(a)(1(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Dated: January 12, 2022

                Respectfully Submitted,

**J. Iandolo Law, PC**

*/s/ Jeremy M. Iandolo*
Jeremy M. Iandolo
7621 13th Avenue
Brooklyn, NY 11228
jiandolo@jiandololaw.com
*Attorneys for Plaintiffs*


**Denlea & Carton LLP**

*/s/ Craig M. Cepler*
Craig M. Cepler
2 Westchester Park Dr. Suite 410
White Plains, NY 10604
ccepler@denleacarton.com
*Attorneys for Defendants*